IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK HILLS MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 12-636 (RGA) |
| ) | |
| LOGITECH INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT LOGITECH INC.'S MOTION TO DISMISS UNDER
FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE
DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(e)**

Defendant Logitech Inc. ("Logitech"), by and through its undersigned counsel, hereby respectfully requests that this Court dismiss Black Hill Media, LLC's ("BHM") First Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to adequately plead claims of direct, indirect, and willful infringement. For any infringement theory that is not subject to dismissal under Rule 12(b)(6), pursuant to Fed. R. Civ. P. 12(e), Logitech alternatively requests that this Court require BHM to provide a more definite statement of its allegations. This Motion is based on the accompanying Opening Brief in Support of Defendant's Motion, and upon the papers, records and pleadings on file with the Court.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| I. Neel Chatterjee | By: /s/ Philip A. Rovner |
| Zheng Liu | Philip A. Rovner (#3215) |
| Anthony Tartaglio | Jonathan A. Choa (#5319) |
| Orrick, Herrington & Sutcliffe LLP | Hercules Plaza |
| 1000 Marsh Road | P.O. Box 951 |
| Menlo Park, CA 94025 | Wilmington, DE 19899-0951 |
| (650) 614-7400 | (302) 984-6000 |
| | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| Dated: January 11, 2013 | |
| 1089517 | *Attorney for Defendant Logitech Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on January 11, 2013, 2012, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 11, 2013 the within document was electronically mailed to the following persons:

**BY E-MAIL**

Kevin A. Guerke, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
kguerke@svglaw.com

*Attorneys for Plaintiff*
*Black Hills Media LLC*

R. Terrance Rader, Esq.
Glenn E. Forbis, Esq.
Rader, Fishman & Grauer PLLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
rtr@raderfishman.com
gef@raderfishman.com

*Co-Counsel for Plaintiff*
*Black Hills Media LLC*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com